Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| Lansdale Medical Group, P.C. | ) Case No. 02-15202 |
| | ) Chapter 7 |
| | ) |
| DEBTOR | ) AFFIDAVIT |

## AFFIDAVIT OF CREDITOR/CLAIMANT

Samantha Bishop (the "Deponent") of Williams Scotsman, Inc. (the "Company") and having a telephone number at (410)931-6000, being duly sworn, deposes and says:

1. The Deponent is Corporate Secretary of the Company and is authorized to make this Affidavit.

2. A copy of a letter or resolution from the Company stating that the Deponent is employed by the Company and that the Deponent is authorized to execute this Application is attached hereto as Exhibit A.

3. The taxpayer identification number of the Company is ▓▓▓▓5775.

4. The Debtor was duly adjudged a debtor in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

5. The Company was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate of the Debtor to the Company in the amount of $7,981.10 (the "Funds"). The Company was not located and the Funds were paid into the Court pursuant to 11 U.S.C. § 347.

6. The Company has not assigned or transferred its claim against the Debtor and it is still the property of the Company.

7. The Deponent is not aware of any dispute regarding the claim at issue.

8. The Deponent acknowledges that Michael Halprin, Esq. is authorized to act on behalf of the Company to obtain the Funds.

9. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Company requests that the Court issue an order in the form of <u>Exhibit B</u> attached directing payment of the Funds to the Company at the following address:

> Williams Scotsman, Inc.
> c/o Jeff Feigelson, Esq.
> 303 North Tower Hill Road
> Wassaic, NY 12592

WHEREFORE, the Company requests that the Court issue an order directing payment of the Funds to the Company as aforesaid and for such further and other relief as is just and appropriate.

*[Signature]* Corporate Secretary
Name: Samantha Bishop

Subscribed and Sworn to before me this 15th day of Sept., 2009

*[Signature]*   Affix Seal
Notary Public

Expires 10/1/10

*[Notary seal: Caroline Batten, Notary Public, Chatham County, North Carolina]*

Exhibit A: Employment Letter
Exhibit B: Proposed Form of Order

## Exhibit A



**SPACE BY WILLIAMS SCOTSMAN**

**WILLIAMS SCOTSMAN, INC.**
8211 Town Center Drive
Baltimore, MD 21236-5997
410.931.6000 • 800.638.6963
Fax: 410.933.5940

Direct 410-933-5363
Caroline.Battista@willscot.com

September 15, 2009

To Whom It May Concern:

This is to confirm that Samantha Bishop is Corporate Secretary at Williams Scotsman, Inc. and that she is authorized to execute whatever documents are required to obtain any unclaimed bankruptcy funds with the United States Bankruptcy Court, Eastern District of Pennsylvania.

Thank you for your assistance with this matter.

Very truly yours,

*[signature]*

Dean T. Fisher
Vice President