## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Lansdale Medical Group, P.C. | : | |
| Debtor | : | Bankruptcy No. 02-15202-jkf |

## **ORDER**

AND NOW, this _____ day of _____, 2009, upon consideration of the Creditor's Application for Payment of Unclaimed Funds pursuant to 28 U.S.C. 2042, it is hereby ORDERED and DECREED that:

1. The Application is granted.

2. The Bankruptcy Clerk shall pay unclaimed funds in the amount of $7,981.10 to the order of:

   Williams Scotsman, Inc.
   Taxpayer I.D. No.  xx-xxx5775

   Having an address as follows:
   c/o Jeff Feigelson, Esq.
   303 North Tower Hill Road
   Wassaic, NY 12592

                                          BY THE COURT:

                                          _____
                                          BANKRUPTCY JUDGE

| | |
|---|---|
| Michael J. Halprin, Esquire | U. S. Trustee |
| 1806 South Broad Street | 833 Chestnut Street, Suite 500 |
| Philadelphia, PA  19145 | Philadelphia, PA  19106 |