Lost and Found Today LLC

25042 Dunham Ave

Executive Suite 1391

Veneta OR 97487

# United States Bankruptcy Court

# Eastern District of Pennsylvania

## Notice of Motion for Order

Case No:    02-15202

### Hearing Set for:

August 14th, 2024
12:30 PM

### To the U.S Trustee and All Parties entitled to Notice

### Please take Notice that:

1. Claimant, Lost and Found Today LLC, filed an application for unclaimed funds.
2. Claimant Requests that the court grants the motion at the hearing on August 14, 2024 at 12:30 PM

Date:    7/16/2024

Name:    Charles Stanley, Vice President

Company:    Lost and Found Today LLC

Signature:    *[signed] Charles Stanley*



25042 Dunham Ave Executive Suite 1391
Veneta, OR 97487
888-FOUND IT
888-368-6348
Fax #: 888-496-0389

Becky Pastor
23416 Shannondell Dr
Audubon PA 19403

## Case No: 02-15202

## Notice of Hearing Set in front of Judge

## Hearing Set for:
## August 14, 2024
## 12:30 PM

## Via Telephone 1-877-873-8017
## Access Code: 3027681

## Your appearance is required via Telephone along with Lost and Found Today LLC

Date:        7/16/2024
Name:        Charles Stanley, Vice President
Company:     Lost and Found Today LLC
Signature:   *Charles Stanley*